# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-10045-AMC

VASHTI SMITH-FOOTE

2211 S. Woodstock St.

Philadelphia, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    VASHTI SMITH-FOOTE

    2211 S. Woodstock St.

    Philadelphia, PA 19145

**Counsel for debtor(s), by electronic notice only.**
    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 3/30/2017

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee