**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| Vashti Smith-Foote | : | CHAPTER 13 |
| Debtor | : | |
|  | : | BANKRUPTCY NO.: 17-10045-amc |
| NATIONSTAR MORTGAGE LLC | : | |
| Movant | : | |
| Vs. | : | |
| Vashti Smith-Foote | : | |
| Debtor(s) | : | |
|  | : | |
| William C. Miller | : | |
| Trustee | : | |

**DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)**

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 5      Admitted.

6-11.      Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: June 20, 2017      Respectfully submitted,

/S/ Erik B. Jensen
Erik B. Jensen, Esq.