UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Vashti Smith-Foote | : | |
| Debtor | : | BANKRUPTCY NO: 17-10045-amc |

**CERTIFICATE OF SERVICE**

    I hereby certify that true and correct copies of the Order Dismissing Debtor's Bankruptcy case were served on creditors and the Debtor, on August 15, 2017.

                                                  /S/ Erik B. Jensen
                                                  ERIK B. JENSEN, ESQUIRE
August 15, 2017                          Attorney for Debtor