UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Vashti Smith-Foote

13

Bky No. 17-10045

Debtor(s).

**ORDER**

**AND NOW,** this **12th** day of **September,** 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000 less $1.163.00 already paid with a remaining balance of $1,837.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:   **Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Vashti Smith-Foote
2211 S. Woodstock St.
Philadelphia, PA 19145